**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
***Counsel for Trans Union LLC***

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA GREEN,<br><br>Plaintiff,<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and ALLY FINANCIAL, INC.,<br><br>Defendants. | Case No. 2:20-cv-02004-RFB-DJA<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Cynthia Green ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On October 30, 2020, Plaintiff filed her Complaint. Trans Union was served with Plaintiff's Waiver of Service and Complaint on December 17, 2020. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is February 15, 2021.

Trans Union requires additional time to investigate, locate and assemble documents relating to Plaintiff's claims. In addition, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

483301.1

1

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including March 8, 2021. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 16th day of February 2021.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*

Jennifer Bergh
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
**Counsel for Trans Union LLC**


*/s/ Kristie L. Fischer*

Kristie L. Fischer
Fischer.kristie@gmail.com
2565 Coral Sky Court
Las Vegas, NV 89142
(702) 218-0253
**Counsel for Plaintiff**

**ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

DATED this 17th day of February, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**

3

483301.1