Kristie L. Fischer
2565 Coral Sky Court
Las Vegas, NV 89142
Telephone: (702) 218-0253
Email: Fischer.kristie@gmail.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Cynthia Green*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cynthia Green,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Equifax Information Services, LLC, et al.,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-02004-RFB-DJA |

## NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION, LLC

Plaintiff and Defendant, Trans Union, LLC have agreed to settle this lawsuit and intend to file a Voluntary Dismissal as to Trans Union, LLC with prejudice, no later than June 30, 2021.

1

Respectfully submitted,

By: */s/ Kristie L. Fischer*
Kristie L. Fischer
2565 Coral Sky Court
Las Vegas, NV 89142
Telephone: 702-218-0253
Email: Fischer.kristie@gmail.com
*Attorneys for Plaintiff,*
*Cynthia Green*

## **PROOF OF SERVICE**

I, Kristie L. Fischer, hereby state that on May 4, 2021 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

*/s/ Kristie L. Fischer*

25137221