Kristie L. Fischer
2565 Coral Sky Court
Las Vegas, NV 89142
Telephone: (702) 218-0253
Email: Fischer.kristie@gmail.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Cynthia Green*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

Cynthia Green,

      Plaintiff,

  vs.

Equifax Information Services, LLC, et al.,

      Defendants.

Case No.: 2:20-cv-02004-RFB-DJA

## NOTICE OF SETTLEMENT WITH DEFENDANT
## EQUIFAX INFORMATION SERVICES, LLC

Plaintiff and Defendant, Equifax Information Services, LLC have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Equifax Information Services, LLC with prejudice, no later than July 7, 2021.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,


By: */s/ Kristie L. Fischer*
Kristie L. Fischer
2565 Coral Sky Court
Las Vegas, NV 89142
Telephone: 702-218-0253
Email: Fischer.kristie@gmail.com
*Attorneys for Plaintiff,*
*Cynthia Green*


## **PROOF OF SERVICE**

I, Kristie L. Fischer, hereby state that on May 10, 2021 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.


*/s/ Kristie L. Fischer*

25137221