Kristie L. Fischer
2565 Coral Sky Court
Las Vegas, NV 89142
Telephone: (702) 218-0253
Email: Fischer.kristie@gmail.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Cynthia Green*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cynthia Green,<br><br>   Plaintiff,<br><br> vs.<br><br>Equifax Information Services, LLC, et al.,<br><br>   Defendants. | Case No.: 2:20-cv-02004-RFB-DJA |

## STIPULATION OF DISMISSAL
## AS TO DEFENDANT ALLY FINANCIAL, INC

**IT IS HEREBY ORDERED** that the above-captioned action be dismissed, with prejudice, against Defendant Ally Financial Inc., with each party to bear its own attorneys' fees and costs.

115807807v1      1

| | | |
|---|---|---|
| 1 | May 11, 2020 | |
| 2 | | Respectfully submitted, |

By: */s/ Kristie L. Fischer*
Kristie L. Fischer
2565 Coral Sky Court
Las Vegas, NV 89142
Telephone: 702-218-0253
Email: Fischer.kristie@gmail.com
*Attorneys for Plaintiff,*
*Cynthia Green*

/s/ Ethan G. Ostroff
Ethan G. Ostroff
Admitted Pro Hac Vice
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone:  757.687.7500
Facsimile:   757.687.7510
Email: Ethan.Ostroff@troutman.com

Kevin F. Kieffer
Nevada Bar Number 7045
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 622-2708
Facsimile: (949) 769-2056
Email: Kevin.Kieffer@troutman.com

*Counsel for Defendant,*
*Ally Financial Inc.*

Gary E. Schnitzer
Nevada Bar Number 395
KRAVITZ, SCHNITZER & JOHNSON

8985 S. Eastern Avenue, Suite 200,
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com

*Designated Attorney for Personal Service*

## PROOF OF SERVICE

I, Kristie L. Fischer, hereby state that on May 11, 2021 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

*/s/ Kristie L. Fischer*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

Cynthia Green,

    Plaintiff,

vs.

Equifax Information Services, LLC, et al.,

    Defendants.

Case No.: 2:20-cv-02004-RFB-DJA

**ORDER OF DISMISSAL**
**WITH PREJUDICE AS TO DEFENDANT ALLY FINANCIAL, INC**

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Ally Financial Inc., are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Ally Financial Inc., as a party in this action and remove its attorneys of record from receiving ECF Notifications.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 11th day of May, 2021.