**JENNIFER BERGH**
Nevada Bar No. 14480
jbergh@qslwm.com
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA GREEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and ALLY FINANCIAL, INC.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-02004-RFB-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

　　　Plaintiff Cynthia Green and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

　　　There are no longer any issues in this matter between Cynthia Green and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

3624293.1

1  Dated this 22nd day of June 2021.

3  */s/ Jennifer Bergh*  |  */s/ Kristie L. Fischer*
Jennifer Bergh  |  Kristie L. Fischer
jbergh@qslwm.com  |  Fischer.kristie@gmail.com
Nevada Bar No. 14480  |  2565 Coral Sky Court
Quilling Selander Lownds  |  Las Vegas, NV 89142
Winslett & Moser, P.C.  |  (702) 218-0253
2001 Bryan Street, Suite 1800  |  **Counsel for Plaintiff**
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

**IT IS SO ORDERED**

_____
**HONORABLE RICHARD F. BOULWARE, II**
UNITED STATE DISTRICT JUDGE

DATED this 22nd day of June, 2021.

3624293.1