Kristie L. Fischer
2565 Coral Sky Court,
Las Vegas, Nevada 89142
Telephone: (702) 218-0253
Email: fischer.kristie@gmail.com


Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Cynthia Green*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cynthia Green, | |
| Plaintiff, | Case No.: 2:20-cv-02004-RFB-DJA |
| vs. | |
| Equifax Information Services, LLC., et al. | |
| Defendant. | |

## STIPULATION OF DISMISSAL
## AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

**IT IS HEREBY ORDERED** that the above-captioned action be dismissed, with prejudice, against Defendant Equifax Information Services, LLC., with each party to bear its own attorneys' fees and costs.

1

July 2, 2021

Respectfully submitted,

By:/s/ Kristie L. Fischer
Kristie L. Fischer
2565 Coral Sky Court,
Las Vegas, Nevada 89142
Telephone: (702) 218-0253
Email: fischer.kristie@gmail.com


By:  /s/Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services LLC*


**PROOF OF SERVICE**

I, Kristie L. Fischer, hereby state that on July 2, 2021 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.


/s/ Kristie L. Fischer

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Cynthia Green, | |
| Plaintiff, | Case No.: 2:20-cv-02004-RFB-DJA |
| vs. | |
| Equifax Information Services, LLC., et al. | |
| Defendant. | |

## <u>ORDER OF DISMISSAL<br>WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION<br>SERVICES, LLC</u>

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Equifax Information Services, LLC., are hereby dismissed with prejudice and without fees or costs to either party.  The Clerk of the Court shall terminate Equifax Information Services, LLC., as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: _____

_____
Judge of United States District Court

25137221