Kristie L. Fischer
2565 Coral Sky Court,
Las Vegas, Nevada 89142
Telephone: (702) 218-0253
Email: fischer.kristie@gmail.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Cynthia Green*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cynthia Green, | |
| Plaintiff, | Case No.: 2:20-cv-02004-RFB-DJA |
| vs. | |
| Equifax Information Services, LLC., et al. | |
| Defendant. | |

## **STIPULATION OF DISMISSAL**
## **AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

**IT IS HEREBY ORDERED** that the above-captioned action be dismissed, with prejudice, against Defendant Equifax Information Services, LLC., with each party to bear its own attorneys' fees and costs.

1

July 2, 2021

                                          Respectfully submitted,

                                          By:/s/ Kristie L. Fischer
                                          Kristie L. Fischer
                                          2565 Coral Sky Court,
                                          Las Vegas, Nevada 89142
                                          Telephone: (702) 218-0253
                                          Email: fischer.kristie@gmail.com

                                          By: /s/Jeremy J. Thompson
                                          Jeremy J. Thompson
                                          Nevada Bar No. 12503
                                          3800 Howard Hughes Pkwy, Suite 500
                                          Las Vegas, NV 89169
                                          Tel: (702) 862-8300
                                          Fax: (702) 862-8400
                                          Email: jthompson@clarkhill.com
                                          *Attorney for Defendant*
                                          *Equifax Information Services LLC*

## **PROOF OF SERVICE**

    I, Kristie L. Fischer, hereby state that on July 2, 2021 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

                                            /s/ Kristie L. Fischer

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

Cynthia Green,

    Plaintiff,

vs.

Equifax Information Services, LLC., et al.

    Defendant.

Case No.: 2:20-cv-02004-RFB-DJA

## ORDER OF DISMISSAL
## WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Equifax Information Services, LLC., are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Equifax Information Services, LLC., as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: July 6, 2021.

RICHARD E. BOULWARE, II
United States District Court

25137221